IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Check 1017* (handwritten)

IN RE:

BRIAN DUNN
RENEE S. DUNN

* CASE NO. 08-34885-W
* JUDGE MARY ANN WHIPPLE
* William L. Swope, Trustee
* 221 South Main Street
* Findlay, OH 45840
* (419) 422-0288
* Sup. Ct. #0029538    *#128631* (handwritten)

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Marion Regional Imaging<br>P.O. Box 1838<br>Marion, OH 43301 | $ 2.44 |
| Marion Ancillary Services<br>P.O. Box 1827<br>Marion, OH 43301 | $ 3.71 |
|  | $ 6.15 |

A check for $6.15 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: June 23, 2010

William L. Swope
Trustee